◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY WHITE, Appellant. [734 NYS2d 859] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Flaherty, J.), rendered March 14, 2000, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the trial court properly denied his *Batson* challenge (*see, Batson v Kentucky,* 476 US 79). The prosecutor advanced sufficient race-neutral reasons for exercising a peremptory challenge against the subject juror, and the burden then shifted to the defendant to prove that the peremptory challenge was used in a racially-discriminatory fashion (*see, People v Payne,* 88 NY2d 172). The defendant failed to satisfy his burden of proving that the explanations given by the prosecutor were pretextual (*see, People v Payne, supra; People v Rose,* 258 AD2d 483; *People v Craig,* 194 AD2d 687; *see generally, Hernandez v New York,* 500 US 352, 364-365). O'Brien, J. P., Florio, Schmidt and Smith, JJ., concur.